Clover/Allens Cr. Neighborhood Assn. LLC v M&F LLC (2024 NY Slip Op 01490)

Clover/Allens Cr. Neighborhood Assn. LLC v M&F LLC

2024 NY Slip Op 01490

Decided on March 15, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 15, 2024

PRESENT: WHALEN, P.J., BANNISTER, MONTOUR, AND NOWAK, JJ. (Filed Mar. 15, 2024.) 

MOTION NO. (943/23) CA 23-00600.

[*1]CLOVER/ALLENS CREEK NEIGHBORHOOD ASSOCIATION LLC, SAVE MONROE AVE., INC., 2900 MONROE AVE., LLC, CLIFFORDS OF PITTSFORD, L.P., ELEXCO LAND SERVICES, INC., JULIA D. KOPP, MARK BOYLAN, ANNE BOYLAN, AND STEVEN M. DEPERRIOR, PLAINTIFFS-APPELLANTS, 
v
M & F LLC, DANIELE SPC, LLC, MUCCA MUCCA LLC, MARDANTH ENTERPRISES, INC., M & F, LLC, DANIELE SPC, LLC, MUCCA MUCCA LLC, MARDANTH ENTERPRISES, INC., COLLECTIVELY DOING BUSINESS AS DANIELE FAMILY COMPANIES, TOWN OF BRIGHTON, TOWN BOARD OF THE TOWN OF BRIGHTON, NMS ALLENS CREEK INC., AND ROCHESTER GAS AND ELECTRIC COMPANY, DEFENDANTS-RESPONDENTS. (ACTION NO. 1.)
SAVE MONROE AVE., INC., 2900 MONROE AVE., LLC, CLIFFORDS OF PITTSFORD, L.P., ELEXCO LAND SERVICES, INC., JULIA D. KOPP, MARK BOYLAN, ANNE BOYLAN, AND STEVEN M. DEPERRIOR, PLAINTIFFS-APPELLANTS,
v
TOWN OF BRIGHTON, TOWN BOARD OF THE TOWN OF BRIGHTON, TOWN OF BRIGHTON PLANNING BOARD, DANIELE MANAGEMENT, LLC, DANIELE SPC, LLC, MUCCA MUCCA LLC, MARDANTH ENTERPRISES, INC., M & F, LLC, THE DANIELE FAMILY COMPANIES, DEFENDANTS-RESPONDENTS, ET AL., DEFENDANTS. (ACTION NO. 2.)
BRIGHTON GRASSROOTS, LLC, PLAINTIFF-APPELLANT,
v
TOWN OF BRIGHTON, TOWN OF BRIGHTON TOWN BOARD, TOWN OF BRIGHTON PLANNING BOARD, M & F, LLC, DANIELE SPC, LLC, MUCCA MUCCA LLC, MARDANTH ENTERPRISES, INC., DANIELE MANAGEMENT, LLC, COLLECTIVELY DOING BUSINESS AS DANIELE FAMILY COMPANIES, DEFENDANTS-RESPONDENTS, ET AL., DEFENDANTS. (ACTION NO. 3.)

MEMORANDUM AND ORDER
Motion for reargument or leave to appeal to the Court of Appeals denied.